IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Aaron Vaughn Raber,<br><br>  Plaintiff,<br><br>v.<br><br>J. Reuben Long Detention Center,<br><br>  Defendant. | C/A No.: 9:22-cv-3002-SAL<br><br><br><br>**ORDER** |

This matter is before the court for review of the December 22, 2022 Report and Recommendation of United States Magistrate Judge Molly H. Cherry, made in accordance with 28 U.S.C. § 636(b)(1)(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 12.] In the Report and Recommendation, the Magistrate Judge recommends summarily dismissing this case because Plaintiff has failed to name a "person" who is subject to suit under 42 U.S.C. § 1983. *Id.* at 2–3. Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report. *Id.* at 4. Plaintiff has failed to file objections, and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 12, and incorporates the Report by reference herein. Accordingly, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

March 14, 2023
Columbia, South Carolina